IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                                              PLAINTIFF

v.                          No. 3:20-cv-311-DPM

EMILY JONES, Officer,
Craighead County Detention Center                                  DEFENDANT

## JUDGMENT

Barron's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2020